Paul W. Moncrief, Esq. #204239
JOHNSON, MONCRIEF & HART, PC
16 W. Gabilan Street
Salinas, California 93901
Telephone: 831.759.0900
Facsimile: 831.759.0902

Attorney for Creditors: Sicley Enterprises, Inc. and John Sicley

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No. 14-51043 |
| LOUIS CHARLES ROCHA, | Chapter 13 |
| Debtor | **OBJECTION TO CONFIRMATION** |
| | **341(a) Meeting of Creditors:** |
| | Date: 4/23/14 |
| | Time: 9:45 AM |
| | Place: 1000 S. Main Street, #214 |
| | Salinas, CA |
| | **Confirmation Hearing:** |
| | Date: 5/7/14 |
| | Time: 1:55 PM |
| | Ctrm: 3070 |
| | Place: 280 S. First Street, 3rd FL |
| | San Jose, CA |

CREDITORS' OBJECTION TO CONFIRMATION

Sicley Enterprises, Inc. and John Sicley, Creditors in the above matter ("Creditor"), objects to the Confirmation of the Debtor's Chapter 13 Plan for the following reasons:

1. Debtor failed to file his schedules setting forth Debtor's creditors and amounts owed.

Objection to Discharge
USBC Case No. 14-51043

2. Debtor failed to correctly indentify Creditor in his proposed Chapter 13 Plan.

3. Debtor listed a proposed payment amount to be paid directly to Creditor, but did not list the total amount owed to Creditor, and did not list the duration of the proposed payments.

For the foregoing reasons, Creditor objects to Debtor's proposed Chapter 13 Plan.

Dated: April 23, 2014

JOHNSON, MONCRIEF & HART, PC

_____
Paul W. Moncrief

CERTIFICATE OF SERVICE

I, Kelli Stokes, declare as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 16 W. Gabilan Street, Salinas, California 93901.

On the date set forth below, I caused the following documents entitled **OBJECTION TO CONFIRMATION** to be served by placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Johnson & Moncrief, PLC, 16 W. Gabilan Street, Salinas, California , addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

**DEBTORS**
Louis Charles Rocha
P.O. Box 485
King City, CA  93930

**ATTORNEY FOR DEBTORS**
Christopher Alliotts
60 West Alisal Street, #10
Salinas, CA  93901

**TRUSTEE**
Devin Derman-Burk
P.O. Box 50013
San Jose, CA  95150-0013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2014 at Salinas, California.

                         /s/ Kelli Stokes
                         Kelli Stokes

Objection to Discharge
USBC Case No. 14-51043