DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT

IN RE:

LOUIS CHARLES ROCHA

Debtor

CHAPTER 13
CASE NO. 14-51043 CN

**STATEMENT ADJOURNING 341(a)
MEETING OF CREDITORS
Fed. R. Bankr. P. 2003(e)**

According to the Trustee's records, the Debtor in this Chapter 13 case failed to appear at the First Meeting of Creditors as required by 11 U.S.C. §341(a). A continued First Meeting of Creditors shall be held at the date and time referenced below.

According to the Trustee's records, the Debtor in this Chapter 13 case failed to provide acceptable picture identification and/or proof of Social Security Number at the First Meeting of Creditors. A continued First Meeting of Creditors shall be held at the date and time referenced below. Debtor must provide acceptable picture identification and proof of Social Security Number.

**DATE:** June 11, 2014
**TIME:** 9:45 am

**LOCATION:** 1000 S. Main St. #214
Salinas, CA 93902

**Debtor Must Attend!**

# CERTIFICATE OF SERVICE BY MAIL

1

2  I hereby declare that I am over the age of 18 years, not a party to the within cause; my business

3  address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032.  I served a copy of the

4  Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail

5  at Los Gatos, California on April 24, 2014.  Said envelopes were addressed as follows:

6

7  LOUIS CHARLES ROCHA
P O BOX 485
8  KING CITY, CA  93930

9

10

11

12

13

14             /s/   Esmeralda  Mejia
            Office of Devin Derham-Burk, Trustee
15

16

17  In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties

18  who have requested Special Notice in this case, will receive an electronic copy of the foregoing

19  document when it has been filed with the Court.