UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                       Chapter 13
                                           Case No.

                                           APPLICATION FOR COMPENSATION;
                                           DECLARATION
<u>Debtor(s)</u>_____/

1.       Debtor(s') attorney, _____, requests the approval of attorney's fees in the sum of $_____ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $_____ has been previously paid to Debtor(s') attorney.

2.       In addition to the basic case, the Debtor(s') case involves:

        ___        Real property claims
        ___        Compromise plan use
        ___        Certain additional real property: ____ piece(s)
        ___        State or federal tax claims
        ___        Vehicle loans or leases
        ___        An operating business
        ___        Support arrears
        ___        Student loans
        ___        25 or more creditors
        ___        Motion to commence or extend the automatic stay

3.       A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.       All fees are subject to Court approval, whether paid in advance or through the plan.

      I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: _____          _____
                                                    Attorney for Debtor(s)

Rev. 6/06