# Notice Recipients

District/Off: 0971−5     User: rrombawa     Date Created: 4/28/2014
Case: 14−51043     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Louis Charles Rocha     P.O. Box 485     King City, CA 93930

TOTAL: 1