

1  CAMPEAU GOODSELL SMITH, L.C.
   WILLIAM J. HEALY, #146158
2  440 N. 1st Street, Suite 100
   San Jose, California   95112
3  Telephone:  (408) 295-9555
   Facsimile:   (408) 295-6606
4
   ATTORNEYS FOR
5  The Saunders Company

The following constitutes
the order of the court. Signed April 29, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:                                    ) Case No. 14-51043
                                          )
Louis Charles Rocha,                      ) CHAPTER 13
                                          ) R.S. No.: CGS-01
                    Debtor.               )
                                          ) ORDER GRANTING MOTION FOR
                                          ) RELIEF FROM AUTOMATIC STAY
                                          )
                                          ) Date:  April 9, 2014
                                          ) Time: 3:00 p.m.
                                          ) Location:
                                          )    United States Bankruptcy Court
                                          )    Rm. 3070
                                          )    280 South 1st St.
                                          )    San Jose, CA 95113
                                          ) Judge: Honorable Charles Novack
                                          
_____)

The Court, having read and considered the Motion for Relief From Stay filed by The Saunders Company ("TSC") with respect to real properly commonly known as 304 & 306 S. First Street, King City, CA (A.P.N. 026-241-008)("Real Property") so TSC may proceed to exercise is rights and remedies under its note, deed of trust, and state law and recover possession, including but not limited to foreclosure or trustee's sale and unlawful detainer ("Motion") (Docket#9), having conducted a hearing on April 9, 2014 as indicated above, having noted on the record any appearances of parties, and having issued a Memorandum Re:

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Motion For Relief From Stay ("Decision") on April 28, 2014 (Docket#28), does hereby grant the Motion.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Relief from stay is granted pursuant to 11 U.S.C. 105, 362 (d)(1), (2)(A) ~~and (B), 362 (d)(4)(B), and 362(f)~~ of the United States Bankruptcy Code with respect to TSC and its interest the real properly commonly known as 304 & 306 S. First Street, King City, CA (A.P.N. 026-241-008) and TSC may proceed to exercise is rights and remedies under its note, deed of trust, and state law and recover possession, including but not limited to foreclosure or trustee's sale and unlawful detainer;

2. This order shall be binding and effective and shall supercede any subsequently entered order confirming a plan of reorganization, conversion, and/or dismissal of the case; and

3. The provisions of Rule 4001 (a)(3) of Federal Rules of Bankruptcy Procedure are waived.

***End of Order***

Court Service List