CAMPEAU GOODSELL SMITH, L.C.  Case Name: In re Louis Charles Rocha
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY #146158  Case No. 14-51043
440 North 1st Street, Suite 100
San Jose, CA 95112
TEL. (408) 295-9555
FAX. (408)295-6606

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On April 30, 2014 I served a copy of:

1. ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (Docket#30)

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

See attached Service List

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on April 30, 2014, at San Jose, California.

　　　　　　　　　　　　　　　　　　　/s/ William J. Healy
　　　　　　　　　　　　　　　　　　　William J. Healy

| | |
|---|---|
| **Court Service List** | |
| Christopher Alliotts<br>Law Offices of Christopher Alliotts<br>60 West Alisal Street, #10<br>Salinas, CA 93901 | VIA U.S. Mail<br>VIA ECF |
| U.S. Trustee<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | VIA ECF |
| DEBTOR<br>Louis Charles Rocha<br>P.O. Box 485<br>King City, CA 93930 | Via U.S. Mail |
| Chapter 13 Trustee<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | VIA ECF |
| Gwen S. Rocha<br>P.O. Box 485<br>King City, CA 93930 | Via U.S. Mail |
| Gwen S. Rocha<br>1008 Lewis St.<br>Salinas, CA 93905 | Via U.S. Mail |
| DEBTOR<br>Louis Charles Rocha<br>1008 Lewis St.<br>Salinas, CA 93905 | Via U.S. Mail |
| All ECF Recipients | VIA ECF |